FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CQ3210
(Inmate Number)

Charles Butler
(Name of Plaintiff)

Smith Field Facility P.O.Box 999
(Address of Plaintiff)

1120 Pike Street, Huntingdon, PA 16652

vs.

Superintendent Morgan

Chief of Commission at

Smith Field Facility
(Names of Defendants)

1:CV 01-1283
(Case Number)

COMPLAINT

FILED
SCRANTON
JUL 11 2001
PER ___ DEPUTY CLERK

TO BE FILED UNDER: __✓__ 42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      __✓__Yes  _____No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      __✓__Yes  _____No

      If your answer is no, explain why not _____
      _____

   C. Is the grievance process completed?  __✓__Yes  _____No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __Superintendent Morgan__ is employed as __a chief director__ at __Smithfield Facility__

B. Additional defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. Between May and June of 2001, I started to have const[ant] head pains that/have now became a chronic problem which I've placed several sick call slips and the Medical box, which I saw a PA and he prescribe me pa[in] killers for a short period of time, and took me off the[m]

2. and ever since, then I've been denied pain killers whi[ch] every day from the beginning of May 2001, my head p[ains] have gotten worst because of medical unit at Smith Fi[eld] deliberate indifference and file play-by Smith Field officials tampering with my food, which I didn't have thi[s]

3. head problem when I was on the control unit, and also, o[n] J Blk, which is the segregation unit, I didn't have any head problems [s]hortly after I was sent from J Blk to H Blk, my excruciating head pains started to erupt also head problems is on medical records, Also showin[g di]fferent time period's they's pains started and eye pains also which i[s sa]id because every event happen after I ate my meal

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I request the court for money damage because of the ongoing head pains I'm now suffering from because of file play by the whole, smith Field body

2. Finally a immediate transfer because of life threatening conditions and ongoing controversy.

3. _____

Signed this **Wed** day of **July 4**, 01.

_Charles Butler_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

7/4/01
(Date)

_Charles Butler_
(Signature of Plaintiff)