1

7/17/01

Charles Butler
#CQ3210 H Block
Smithfield Facility
P.O. Box 999 1120 Pike
Street Huntingdon PA 16652

ORIGINAL

Re: Butler v.
Superintendant
Morgan at
Smithfield
Facility

FILED
SCRANTON
JUL 23 2001
PER _____ DEPUTY CLERK

CV. 1: CV 01-12

Official of said Office, Clerk of Court of Scran[ton]
PA 18501, This brief and response of your reciept da[ted]
July 13, 2001, Regarding my suit, which I sent
proof of notice of my complaint, to be forwarde[d]
to the defendant, and yesterday July, 16, this office [sent]
me another one, with another form, giving my a[pproval]
approval for the court to take action, which [I]
sent out both form's the same day, to your office,
if it don't make please, take action, further m[y]
institutional number is CQ3210, not LQ3210, fu[rther]
I no for sure they's authority's is difinitely, trying [to]
harm me after I wrote to your office, my hea[d]
pains are not bad as they used to be. But it still [hurts]
some times, and I fear for my life here, further [I]
request, this office to review the case were the[y]
was poisoning his co worker, where several of th[em]
had head pain breathing problems, f___

(2)

I believe the incident happen and the 90's and if you can't find that particular case, please send me similar case's of poisoning, and attempted murder by poisoning, and different side effects such as ~~that~~ ~~aunt~~ poisoning, food poisoning, rat poison, because, what ever theys people put and my food, had me and pain for months at a time every time I ate, and was odd after I write to yall, it not as painful as it used to be, were, I couldn't sleep, eat, even several occasion's guards ask me was I alright on the night shift, because, I would hold my head, but still no help, and I couldn't by any pain killers because, I had no money of the books my account further, the Doctor, thats assigned to this block, put me on pain killers for three days and took me off of them, which I ~~be~~ begged for help, but no help, and this is not the first time, he did, that, he did that and 2000, when, I pains was getting unbearable, which happen every time after I ate, which would happen on different occasion's, and it's no doubt and my mind prison officials are seriously trying to harm, me which, I have been threatened several times. also I grievance coordinator mrs Burks, is conspiring against me because, I sent her, complaints, regarding And it's urgent, but to no prevail, and other matter, that I h... and ...

And what every date was on a Saturday on the side date when the phone call was made

4-1-01
4/1/01 which was a Sunday I was charged of assault

cover up. And I swear to God they officials are trying to kill m[e]

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br>evidence of a plott where official tried to get me amphsy | Commonwealth of Pennsylvania<br>Department of Corrections<br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Phone operator | 2. Date:<br>6/12/01 |
| 3. By: (Print Inmate Name and Number)<br>Charles Butler<br>CQ3210<br>Inmate Signature | 4. Counselor's Name<br>Mr Moist<br>5. Unit Manager's Name<br>Mr Hester |
| 6. Work Assignment<br>None | 7. Housing Assignment<br>H. Blk cell 7 |

8. Subject: State your request completely but briefly. Give details.

Phone conductor, I would like to no was my phone call recorded on March the 30th 2001, to prove that some fiul play is being practice at Smithfield, because that same date above it was on a Saturday, I spoke with my mom, and I explained, to her, the day the prison officials plotted to get me killed, where, I was held hostage and harassed, were the one lone office left the block for 40 minutes or more. Finally, I would like that info, relating to that phone call, because, I told my mom that something was about to happen and it did and I fear for my life, because of evil practices by officials and the past and the future. And I need that info bad

RECEIVED JUN 15 2001

9. Response: (This Section for Staff Response Only)

forwarded to Lt Painter - 6-15-01

WE DO NOT PROVIDE INMATES WITH THIS INFORMATION ALTHOUGH IF YOU HAVE A SPECIFIC COMPLAINT ON SPECIFIC STAFF RESPOND TO ME & I WILL TALK TO YOU ABOUT THAT.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name   R. PAINTER / R. Pa   CO III   Date 6-15-01
                    Print              Sign

Revised July 2000