Odm
7-30-01

```
Fri Jul 27 16:44:07 2001

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.   333 84573
Cashier         rich

Tender Type  CHECK

Check Number: 76408

Transaction Type   AR

DØ Code    Div No     Acct
 4667        3       5100PL

Amount              $    9.17

CHARLES BUTLER  SCI-SMITHFIELD
HUNTINGDON, PA 16652

PARTIAL FILING FEE  -CV-01-1283
```

1:01CV1283

FILED
SCRANTON

JUL 3 0 2001

PER _____dm_____
         DEPUTY CLERK