Charles Butler
#CQ3210 H Block cell 1
State Correctional Institution at Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

Butler
v.
Morgan

1
July 28, 2001 (8)

Re: new findings, and unlawful, actions by officials

FILED SCRANTON
AUG - 1 2001
PER ___ /jh
DEPUTY CLERK

1: CV 01-1283

Dated: July 28, 01

evidence of object on back of this letter.

Between the 26 or 27, of July 2001, while I was eating, my afternoon meal. I noticed, a long object about a inch and a centimeter, long, and my potatoes. I recall And the object is brown, and the officer that gave me my after noon meal was C/O Green, tall, skinny, guy with a receding hair line, and this is not the first time, something, happen like this, before between early April or May of 99. I found pieces of medal and my carrot, cake, and my celly, Kedar Williams, this incident happen on "J" Block, he, witness me choking, and he started, to hit my back, and, the object cut my throat and I was bleeding, and when, I stopped choking, I notice a piece of metal and the cake. I haven, ate, I just called the guard, for medical intention, and when questioned, And I never saw a nurse for a week And I waited for a few days to send the evidence and info to my mom, to contact a lawyer, and I wrote the court, but the postages never made it out of the jail. And officials covered it up at this time, I got

2

Also, I need a investigator to look and to this matter, because, the officials here will try and cover up thing[s] like always, but this time, I got them, red hand[ed], also, I notice they have been treating me, very badly, cusing me out, threatening me, for no apparent reason, and for theys past days I've had bites of pieces out my food, and I'm scared to eat, because, of reta[liat]ion, because, of the suit, and also, ill feeling towar[d] me, and my life is and serious danger here, and I plead, that the court pick a jail for me to go to, be[cause] theys authority figures are evil, and they will s[end] me some were, were, they have inmates at that [jail] problems with and the past and now the futur[e] because, of influence by personel, and I don't won't trouble, and I've told officials my life is and dan[ger] several times, but no action's, and I'm unable take any more of this torture, I've been att[acked] on numerous occasions, and it's urgent, that, action taken. And I don't want theys officials to dec[ide] were I'm gone to be sent to, because, the bodys a[re] currupt, I've whole time, I rather d[ie] some were else than being here

Re: Butler
  v.
  Morgan

1:CV 01-1283

urgent

And, sence I've been here, I've seen and heard telling other inmates

```
PA DEPT. OF CORRECTIONS       INMATE ACCOUNTS SYSTEM       RUN      IAS365
BUREAU OF COMPUTER SERVICES   PARTIAL ACCOUNT LISTING      DATE     7/23/2001
REMOTE PRINT TIME 13:35           FROM PURGE FILE          PAGE         3
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| CQ3210 | BUTLER | CHARLES | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 3443 | 03-29-2001 | 37 | POSTAGE FOR THE WEEK OF 3-29-01 | -1.39 | 47.54 |
| 8088 | 03-29-2001 | 32 | SMI COMMISSARY FOR 3/29/2001 | -44.57 | 2.97 |
| | | | BALANCE AFTER THESE TRANSACTIONS------> | | 2.97 |

exhabit 'A'
a true print out of
the actual object

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE  7/23/2001
REMOTE PRINT TIME 13:35             FROM ACTIVE FILE         PAGE          1

     INMATE     NAME
     NUMBER     LAST           FIRST           MI        STARTING BALANCE
     CQ3210     BUTLER         CHARLES                           2.97

BATCH       DATE                                    TRANSACTION  BALANCE AFTER
  #      MO DY YEAR    TRANSACTION DESCRIPTION        AMOUNT      TRANSACTION

 8095   04-05-2001  32  SMI COMMISSARY
                        FOR  4/05/2001                  -2.66          .31
 9104   04-05-2001  34  RADIO/TV
                        BASIC CABLE                     -9.90        -9.59
 3642   04-25-2001  37  POSTAGE
                        FOR THE WEEK OF 4/25/01         -1.10       -10.69
 3684   05-03-2001  13  PERSONAL GIFT FROM
                        WATSON DIANE F27359             20.00         9.31
 3690   05-03-2001  38  INSIDE PURCHASES
                        LIBRARY COPIES                   -.70         8.61
 8130   05-10-2001  32  SMI COMMISSARY
                        FOR  5/10/2001                  -8.40          .21
 3827   05-23-2001  37  POSTAGE
                        FOR THE WEEK OF 5/23/01         -1.10         -.89
 3873   05-31-2001  37  POSTAGE
                        FOR THE WEEK OF 5/31/01         -1.10        -1.99
 3873   05-31-2001  37  POSTAGE
                        FOR THE WEEK OF 5/31/01          -.97        -2.96
 3877   05-31-2001  41  MEDICAL
                        CO-PAY                          -2.00        -4.96
 4051   06-27-2001  41  MEDICAL
                        CO -PAY                         -4.00        -8.96
 4076   07-03-2001  37  POSTAGE
                        FOR THE WEEK OF 7/3/01           -.55        -9.51
 4088   07-03-2001  38  INSIDE PURCHASES
                        LIBRARY COPY(S)                 -1.00       -10.51
 4171   07-19-2001  13  PERSONAL GIFT FROM
                        WATSON DIANE F22896             20.00         9.49

                        BALANCE AFTER THESE TRANSACTIONS------>       9.49
```

On Back?