8/8/01

10

United State District Court
Middle District of Pennsylvania

Re:
Charles Butler ~COPY~  Civil Action no: 1:01-1283
                      (Caldwell, J.)
v                     (Mannion, M.J.)

Superintendent Morgan

FILED
SCRANTON
AUG 9 2001
PER _____ DEPUTY CLERK

From: Charles Butler, #CQ3210
SCI Smithfield
P.O Box 999
1120 Pike Street
Huntingdon, PA 16652

I hereby assert that Judge Mannion notice o[f]
action, no. 1:01-1283, I believe my complaint was n[ot]
stood, which I prevailed against prison officials, a[nd]
Morgan, which I've beet tortured for years and I[']m
under constant danger, and currently, I found ne[w]
of file play by prison staff, greene C/O of H Blk v[nit]
5, on the morning shift, which I found a piece
and my food a inch or so long, and this incident
between the 27 or 28 of July, 2001, and the a[ct]
which was put and my potatoes deliberately
under deliberate indifference act, prohibits o[f]
of state to cause pain a inmate of unnecessar[y]
which this act, was life threatening to me
fear for my life, and I need help, also, I sev[eral]

2

encased and envelope is the object, and not[e]
of my info of proof,, further, I sent it to
the Federal Bureau of Prison 320 First S[t]
N.W. Washington, DC 20534 And I reques[t]
the staff of that office, to forward it t[o]
your office, also its impossible for me t[o]
a weapon and the segregation unit, which
prisoners are housed for ~~any~~ institut[ion]
violations are security reason, but and my c[ase]
it racist motivation, and under friendly f[eel]
ing, towards me. further the only wa[y I]
could have got this metal object, is th[e]
prison officials, and I truely doubt t[hat]

Finally, I want actions against t[he]
whole body of this department fo[r con]
spiracy, reason, last week the Grievanc[e]
agent was on the block, and I tried t[o get]
her, attention and she ignored me, and [saw]
the object and my hand, which I no. wa[s a]
deliberate act to cover it up, which sh[e was]
very unprofessional, also, my Counse[lor]
mr. moist witness this object, And
after, she left off the block the sear[ch]
1 cc        came on and I head it so they would[n't find]
it, and they didn't