IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES BUTLER,
    Plaintiff

vs.     :    CIVIL ACTION NO. 1:CV-01-1283

SUPERINTENDENT MORGAN,
    Defendant

FILED
HARRISBURG, PA

AUG 2 9 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O R D E R

AND NOW, this 29th day of August, 2001, upon consideration of the report of the magistrate judge, filed August 3, 2001, the objections thereto, and independent review of the record, it is ordered that the magistrate judge's report is adopted. It is further ordered, pursuant to the magistrate judge's recommendations, that:

    1. Plaintiff's complaint is dismissed pursuant to 28 U.S.C. 1915(g).

    2. The Clerk of Court shall close this file.

William W. Caldwell
United States District Judge

Certified from the record
Date 8/29/01
Mary E. D'Andrea, Clerk
Per George W. _____
Deputy Clerk

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 29, 2001

Re:  1:01-cv-01283    Butler v. Morgan

True and correct copies of the attached were mailed by the clerk to the following:

Charles Butler
SCI-SM
LQ3210
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

```
cc:
Judge                          ( )        (✓) Pro Se/Law Clerk
Magistrate Judge               ( )        ( ) INS
U.S. Marshal                   ( )        ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____         ( )
```

MARY E. D'ANDREA, Clerk

DATE: 8/29/01      BY: _____
                       Deputy Clerk