```
03/26/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ        DATE       FUND     CASE NO         DEF        AMOUNT
****************************************************************************************
                                    SCRANTON
80300283601.   03/26/02   504100                     0         -675.00
80300283602.   03/26/02   504100    3:00-MG-027S11  11          675.00
80300283701.   03/26/02   504100    3:97-CR-025-01   1         -321.51
80300283702.   03/26/02   6855XX    3:97-CR-025-01   1          321.51
80300283801.   03/26/02   6855XX    3:97-CR-025-01   1          -66.83
80300283802.   03/26/02   5100PL    3:02-OP-1        0           27.98
80300283803.   03/26/02   0869PL                     0           14.66
80300283804.   03/26/02   5100PL                     0            4.00
80300283805.   03/26/02   5100PL                     0           -4.00
80300283806.   03/26/02   5100PL                     0            6.08
80300283807.   03/26/02   5100PL                     0            8.11
80300283808.   03/26/02   0869PL                     0            2.00

                                            DIVISION TOTAL      0.00
```

Rec 87399  3/25/02  $4.00   1:01-1283 BUTLER

TERMED
Madison

FILED
SCRANTON
MAR 2 5 2002
PER _____ DEPUTY CLERK

(15) /N/ 3/28/02