```
04/29/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                1

TRNS-ADJ         DATE       FUND       CASE NO              DEF          AMOUNT
*********************************************************************************

                                       SCRANTON

80300288301.   04/29/02   6855XX       3:02-OP-1             1           -93.45
80300288302.   04/29/02   0869PL                             0            45.34
80300288303.   04/29/02   5100PL                             0             9.30
80300288304.   04/29/02   5100PL                             0             4.00
80300288305.   04/29/02   5100PL                             0             4.00
80300288306.   04/29/02   5100PL                             0            10.08
80300288307.   04/29/02   5100PL                             0            18.26
80300288308.   04/29/02   0869PL                             0             2.47

                                              DIVISION TOTAL              0.00
```

Handwritten annotations:
- 1:01CV1283
- Termed - CFR
- (16) KM 5/1/02
- FILED SCRANTON APR 26 2002 PER _____ DEPUTY CLERK
- Rec 87812  4/26/02  $4.00  1:01-1283  BUTLER