(17)
(W)
7/22/02

```
07/22/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                            1

TRNS-ADJ        DATE       FUND     CASE NO              DEF              AMOUNT
************************************************************************************
                                    SCRANTON
80300295601.   07/22/02   6855XX    3:02-OP-1             1               -37.97
80300295602.   07/22/02   0869PL                          0                 6.05
80300295603.   07/22/02   5100PL                          0                 6.08
80300295604.   07/22/02   5100PL                          0                 5.00
80300295605.   07/22/02   5100PL                          0                 5.00
80300295606.   07/22/02   5100PL                          0                 1.95
80300295607.   07/22/02   0869PL                          0                 3.17
80300295608.   07/22/02   5100PL                          0                10.72

                                                DIVISION TOTAL              0.00
```

Rec 88854  7/19/02  $5.00  1:01-1283  Butler

Terman

FILED
SCRANTON
JUL 29 2002
PER _____
    DEPUTY CLERK