```
Mon Aug 19 15:50:02 2002

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.   333 89237
Cashier       rich

Tender Type   CHECK

Check Number: 117966

Transaction Type   AR

DU Code    Div No    Acct
4667       3         5100PL

Amount     $         4.00

CHARLES BUTLER  SCI GRATERFORD, PA
19426

PARTIAL FF - CV-01-1283
```

(18)
(initials)
8/20/02

1:01 CV 1283

TERMED

**INMATES GENERAL WELFARE FUND**

CLERK OF COURT MIDDLE DISTRICT          8/15/2002          117966

BATCH 5609          4.00