Jeffrey A. Beard, Ph.D.
Secretary



John M. McCullough
Superintendent

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
PO Box 1000
Houtzdale PA 16698-1000

Henry A. Tatum
Deputy Superintendent for
Facilities Management

George N. Patrick
Deputy Superintendent for
Centralized Services

PHONE: (814) 378-1000   FAX: (814) 378-1030

August 21, 2002

1:01CV1283

TERMED

Clerk of Courts
PO Box 1148
Scranton, PA  18501

Dear Sirs:

Please find enclosed $9.00 an installment on legal costs incurred on civil action no. 01-01283 for inmate Charles Butler #CQ-3210.  The balance after payment will be $74.83.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Afton
Christine H. Afton
Accounting Assistant
Inmate Accounts

cha