Fri Oct 4 12:10:49 2002

UNITED STATES DISTRICT COURT

SCRANTON , PA

Receipt No.  333 89705
Cashier  gina

Check Number: 60571

DO Code   Div No
 4667      3

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:5100PL | AR | 2 | 10.83 |
| 2:0069PL | AR | 2 | 1.60 |

Total Amount    $   12.43

SCI, PO BOX 1000 HOUTZDALE, PA 166
98-1000

PART FF 01-1283 CHARLES BUTLER

Fri Oct 4 12:10:49 2002

Check No. 60571
Amount  12.43
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

1:01CV1283
Termed - CFR
(20)
KM
10/7/02