```
Fri Oct 25 13:50:18 2002

UNITED STATES DISTRICT COURT

    SCRANTON        , PA

Receipt No.    333 89951
Cashier          gina

Tender Type  CHECK

Check Number: 61236

Transaction Type   AR

DO Code    Div No      Acct
 4667        3        0869PL

Amount           $     5.00

SCI. AT HOUTZDALE, HOUTZDALE, PA  16
698-1000

PARTIAL FF  01-1283  BUTLER


cn:
Fri Oct 25 13:50:18 2002

Check No. 61236
Amount$   5.00
```

1:01CV1283
Termed - CFR

21
KM
10/25/02