General Depository for credit to
United States Treasury Symbol 4667

Tue Nov 26 10:56:57 2002

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   333 90302
Cashier        gina

Tender Type  CHECK

Check Number: 62017

Transaction Type . AR

DØ Code    Div No    Acct
4667       3        0869PL

Amount          $    4.00

SCI, PØ BOX 1000 HOUTZDALE, PA   166
98-1000

PARTIAL FF/01-1283/BUTLER

Tue Nov 26 10:56:57 2002

Check No. 62017
Amount:    3.00
Pay any Federal Reserve Ban

1:01CV1283

Terned-

**John M. McCullough**
Superintendent

(22)

K M
11/27/02

**George N. Patrick**
Deputy Superintendent for
Centralized Services

lvania Department of Corrections
rrectional Institution at Houtzdale
PO Box 1000
Houtzdale PA 16698-1000

NE: (814) 378-1000   FAX: (814) 378-1030

tallment on legal costs incurred on civil action no. 01-01283 for
The balance after payment will be $52.60.

eel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

*Christine Spencer*

Christine H. Spencer
Accounting Assistant
Inmate Accounts

cha
enclosure

11283Z
0869PL
01-1283