```
United States Treasury Symbol 4667

Fri Dec 20 11:16:28 2002

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.   333 90576
Cashier          gina

Tender Type   CHECK

Check Number: 62636

Transaction Type   AR

D0 Code    Div No    Acct
4667       3         0869PL

Amount              $    18.15

SCI, HOUTZDALE, PA

PART FF/01-1283/BUTLER


cn
Fri Dec 20 11:16:28 2002

Check No. 62636
Amount    18.15
```



Termed — CFR  John M. McCullough
Superintendent

lvania Department of Corrections
rrectional Institution at Houtzdale
PO Box 1000
Houtzdale PA 16698-1000

NE: (814) 378-1000   FAX: (814) 378-1030

George N. Patrick
Deputy Superintendent for
Centralized Services

tallment on legal costs incurred on civil action no. 01-01283 for
The balance after payment will be $34.45.

el free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine Spencer

Christine H. Spencer
Accounting Assistant
Inmate Accounts

chs
enclosure

01-1283
112832
0869PL

**FILED**
**SCRANTON**

DEC 2 0 2002

Per_____
DEPUTY CLERK