```
Tue Jan 21 15:24:51 2003

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.  333 90857
Cashier         rich

Tender Type  CHECK

Check Number: 63430

Transaction Type   AR

D0 Code    Div No     Acct
 4667        3       0869PL

Amount          $   27.80

CHARLES BUTLER  SCI HOUTZDALE, PA
16698

PARTIAL FILING FEE - CV-01-1283
```

**FILED
SCRANTON**

Tue Jan 21 2003

Check No. 63430
Amount JAN 21 2003
Pay any Federal Reserve Bank or
General Depository, for credit to
United States Treasury

PER _____
         DEPUTY CLERK

Christine H. Spencer
Accounting Assistant
Inmate Accounts

chs
enclosure

---

Pennsylvania Department of Corrections
State Correctional Institution at Houtzdale
PO Box 1000
Houtzdale PA 16698-1000

PHONE: (814) 378-1000   FAX: (814) 378-1030

**John M. McCullough**
Superintendent

**George N. Patrick**
Deputy Superintendent for
Centralized Services

**FILED
SCRANTON**

JAN 2 1 2003

PER _____
         DEPUTY CLERK

...allment on legal costs incurred on civil action no. 01-01283 for the balance after payment will be $6.65.

...el free to contact me at 814-378-1000 Extension 1720.