

```
Wed Feb 26 11:15:48 2003

UNITED STATES DISTRICT COURT
SCRANTON   , PA

Receipt No.   333 91225
Cashier        gina

Tender Type  CHECK

Check Number: 64339

Transaction Type  AR

DB Code    Div No     Acct
4667         3        0869PL

Amount            $    6.65

SCI, HOUTZDALE, P 16698

PART FF/01-1283/CHARLES BUTLER
```

**John M. McCullough**
Superintendent

Km 2/2(

(25)

Pennsylvania Department of Corrections
Correctional Institution at Houtzdale
PO Box 1000
Houtzdale PA 16698-1000

PHONE: (814) 378-1000   FAX: (814) 378-1030

**George N. Patrick**
Deputy Superintendent for
Centralized Services

FILED
SCRANTON
FEB 2 6 2003
Per_____
    DEPUTY CLERK

...yment in full on legal costs incurred on civil action no. 01-01283 for
...10.

...se feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine Spencer

Christine H. Spencer
Accounting Assistant
Inmate Accounts

chs
enclosure

01-1283
112832
0869PL
6.65

put all in—