To: Clerk's office U.S. District
Court United States District
Court 235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

FILED
SCRANTON
SEP 0 5 2003
PER _____ DEPUTY CLERK

from: Charles Butler
#CQ3210 Houtzdale Jail
P.O. Box 1000 Houtzdale PA 16698
-1000

Re: 1:01-cv-01283

Clerk of court I don't no exactly was going on but yaw are receiving more than twenty percent of my money, in yaw owe me $90 or more because, its several times a lump sum was tooken say if I get $25 from family members the whole thing was tooken, this was done 4 or five times now, in its getting out of hand in I wont my money, in if this jail is responsible, sue them, in I'll sue them for fraud I wont my money back, are I'll go to the DA's office, It ain't right, In I wont my money

NAME Charles Butler
NUMBER CQ3210    DB
P.O. BOX 1000
HOUTZDALE PA 16698-1000

Inmate Mail
PA Department of Corrections

PA DEPT OF CORRECTIONS
INMATE MAIL

Clerk's office
U.S. District Court
235 N. Washington
Ave. P.O. Box 1148
Scranton, PA 18501

18501+1148

HOUTZDALE PA SEP 03'03
PB METER 7039386
$0.37
U.S. POSTAGE